

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| ROBERT H. MCCLENDON, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | |
| | § | |
| WAUSAU INSURANCE COMPANIES, | § | |
| ILLINOIS EMPLOYERS INSURANCE | § | CIVIL ACTION NO. 1:03cv152 (TH) |
| COMPANY OF WAUSAU, WAUSAU | § | BENCH |
| BUSINESS INSURANCE COMPANY, | § | |
| WAUSAU UNDERWRITERS INSURANCE | § | |
| COMPANY and WAUSAU GENERAL | § | |
| INSURANCE COMPANY, | § | |
| | § | |
| *Defendants.* | § | |

## FINAL JUDGMENT

This action is before the Court following entry of an *Order Granting Agreed Motion for Entry of Final Judgment* [Clerk's Docket No. 22] on November 17, 2003. By agreement of the parties, all issues have been determined and a final decision has been rendered. The district clerk is therefore **DIRECTED** to close this case file.

**SO ORDERED**.

**SIGNED** this the **11** day of **July, 2005.**

_____
Thad Heartfield
United States District Judge